UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHAD LEDET<br>Plaintiff | * | CIVIL ACTION NO.: |
| VERSUS | * | SECTION |
| SMITH MARINE TOWING, CORPORATION<br>Defendant | * | MAGISTRATE |

**********************************

**COMPLAINT**

**TO: THE HONORABLE JUDGE OF THE EASTERN DISTRICT OF THE STATE OF LOUISIANA:**

The complaint of CHAD LEDET, a person of the full age of majority and a citizen of and domiciled in the State of Louisiana, with respect avers:

1.

Made defendant herein is **SMITH MARINE TOWING CORPORATION** (hereinafter **"SMITH"**), a domestic company authorized to do and doing business in the Eastern District of the State of Louisiana.

2.

That jurisdiction for this claim is based upon the existence of a federal question 28 USC § 1331 and the general maritime law and venue is proper pursuant to 28 USC §1391 as the defendant is subject to personal jurisdiction in the Eastern District.

3.

That at all times material hereto, plaintiff was working as a Jones Act seaman and was employed by the defendant, **SMITH,** and was assigned to work as a deck hand aboard the tow boat, M/V SMITH HUNTER hereinafter "vessel."

4.

That on or about the 17th of October, 2009, your plaintiff, while aboard the M/V Smith Hunter in the coastal waters of Louisiana (Gulf of Mexico), was ordered by **SMITH**, through its officers aboard the vessel to assist in changing a cable from one boat to another when he was struck by a large cable throwing him approximately 20 feet knocking him unconscious and causing, severe, debilitating, disfiguring and permanent injuries to his back.

5.

That the above described incident was caused solely by the negligence of **SMITH** through its agents, servants and employees and the unseaworthiness of the M/V Smith Hunter which are more particularly described as follows:

**NEGLIGENCE OF SMITH MARINE TOWING CORPORATION**

a. Failing to provide competent supervision;

b. Ordering plaintiff to perform an unsafe task;

c. Failing to use alternative and safer methods to transfer cable; and

**UNSEAWORTHINESS OF THE VESSEL, SMITH HUNTER**

a. Having incompetent supervision;

b. Having an insufficient crew to perform the work;

c. Other unseaworthy conditions which will be shown more fully at the trial of this matter.

6.

That without regard to the issues of negligence or unseaworthiness, the defendant, **SMITH,** became obligated to pay your plaintiff maintenance, cure and unearned wages until such time as he has reached maximum medical improvement.

7.

That as a result of the negligence of the defendant, **SMITH,** and the

unseaworthiness of the vessel, your plaintiff sustained the following damages:

Physical pain and suffering, past, present and future;

Mental pain and suffering, past, present and future;

Loss of earnings, past, present and future;

Loss of earnings capacity ;

Medical expenses, past, present and future;

Disfigurement;

Loss of enjoyment of life;

Permanent disability.

WHEREFORE, plaintiff, CHAD LEDET, prays that the defendant **SMITH MARINE TOWING CORPORATION** be duly cited and served with a copy of this Complaint and that after due proceedings are had that there be judgment rendered in favor of your plaintiff CHAD LEDET and against the defendant **SMITH MARINE TOWING CORPORATION** in an amount sufficient to adequately compensate him for his damages, together with legal interest from date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief.

BRUNO & BRUNO

__/s/ Stephen P. Bruno_____________
STEPHEN P. BRUNO, #1272
855 BARONNE STREET
NEW ORLEANS, LOUISIANA 70113
(504) 525-1335

PLEASE SERVE:

SMITH MARINE TOWING CORPORATION
through their agent for service of process
Kirk Smith
1063 Susan Court
Stephensville, LA 70380